| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>FUSTE, JOSE A. | 2. Court or Organization<br><br>District Court - Puerto Rico | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>RM. CH-133 U.S. COURTHOUSE<br>150 CHARDON AVENUE<br>SAN JUAN PR 00918-1758 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ SEE SECTION VIII FOR EXPLANATORY NOTE). |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANCO POPULAR DE PUERTO RICO | LINE OF CREDIT | J |
| 2. | CITIBANK, PUERTO RICO | CREDIT CARD | J |
| 3. | CITIBANK, PUERTO RICO | CREDIT CARD | J |
| 4. | BANCO POPULAR DE PUERTO RICO | CREDIT CARD | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | GINNIE MAE BONDS | D | Interest | L | T | | | | | |
| 2. | AMERICAN FUNDS GROUP:<br>EUROPACIFIC GROWTH FUND | B | Dividend | L | T | | | | | |
| 3. | AMERICAN FUNDS GROUP:<br>EUROPACIFIC GROWTH FUND | B | Dividend | K | T | | | | | |
| 4. | AMERICAN FUNDS GROUP:<br>EUROPACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 5. | AMERICAN FUNDS GROUP:<br>SMALLCAP WORLD FUND | A | Dividend | M | T | | | | | |
| 6. | JOHNSON & JOHNSON (COMMON<br>STOCK) | A | Dividend | K | T | | | | | |
| 7. | SAVINGS ACCT. (CARIBE FEDERAL<br>CREDIT UNION) | A | Dividend | J | T | | | | | |
| 8. | CHECKING & SAVINGS ACCT. (BANCO<br>POPULAR) | A | Interest | J | T | | | | | |
| 9. | CHECKING & SAVINGS ACCT. (BANCO<br>POPULAR) | A | Interest | J | T | | | | | |
| 10. | SAVINGS ACCT. (BANCO POPULAR DE<br>P.R.) | A | Interest | | | Sold | 02/01/11 | J | A | |
| 11. | CHECKING & SAVINGS ACCT. (BANCO<br>POPULAR P.R.) | A | Interest | K | T | | | | | |
| 12. | IRA ORIENTAL FED. BANK | B | Interest | K | T | | | | | |
| 13. | IRA ORIENTAL FED. BANK | C | Interest | L | T | | | | | |
| 14. | SAVINGS ACCT. (BANCO POPULAR) | A | Interest | J | T | | | | | |
| 15. | AMERICAN FUNDS GROUP:<br>EUROPACIFIC GROWTH FUND | B | Dividend | K | T | | | | | |
| 16. | AMERICAN FUNDS GROUP: CAPITAL<br>WORLD G+I | B | Dividend | L | T | | | | | |
| 17. | SAVINGS ACCT. (BANCO POPULAR) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LEHMAN BROS. 1993 GRANTOR TRUST CORP BOND | A | Interest | K | T | | | | | |
| 19. WESTMORELAND MUNI. BOND | A | Interest | | | Redeemed | 09/15/11 | J | A | |
| 20. NORTH YORK COUNTY SCHOOL DIST. MUNI. BOND | B | Interest | | | Redeemed | 09/01/11 | L | B | |
| 21. HOUSTON TX ISD PUB FAC CORP. MUNI BOND | B | Interest | K | T | | | | | |
| 22. FOOTHILL EASTERN TRANSP. MUNI. BOND | C | Interest | L | T | | | | | |
| 23. NORTH ADAMS COMMUNITY SCHOOLS MUNI BOND | C | Interest | K | T | | | | | |
| 24. ELLIS CTY. GENERAL OBLIG. BOND | E | Interest | M | T | | | | | |
| 25. AMERICAN FUNDS GROUP: AMCAP FUND | A | Dividend | J | T | | | | | |
| 26. GT ATLANTIC & PACIFIC TEA(PREFERRED STOCK) | A | Dividend | | | Sold | 05/01/11 | K | A | |
| 27. CHICAGO ILL GEN OBLIG MUNI BOND | C | Interest | L | T | | | | | |
| 28. PR MORTGAGE-BACKED & US GOV'T SECURITIES FUND | A | Dividend | J | T | | | | | |
| 29. INT'L HOSPITALITY ASSOC., CLASS A PREF SPEC P'SHIP INTEREST | | None | K | T | | | | | |
| 30. GMAC (PREFERRED STOCK) | A | Dividend | J | T | | | | | |
| 31. American Funds Group: New World Fund | A | Dividend | | | Sold | 06/03/11 | K | B | |
| 32. Evergreen Equity Trust Asset Fund | B | Dividend | | | Sold | 06/03/11 | J | B | |
| 33. Oppenheimer Developing Markets Fund | B | Dividend | | | Sold | 06/03/11 | J | B | |
| 34. Barron Asset Fund | A | Dividend | | | Sold | 06/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Harbor Capital Appreciation Fund | A | Dividend | | | Sold | 06/03/11 | J | A | |
| 36. Evergreen Int'l Fund | A | Dividend | J | T | | | | | |
| 37. Illinois Development Finance Authorization Muni. Bond | D | Interest | K | T | | | | | |
| 38. PR Fixed Income Fund | A | Dividend | J | T | | | | | |
| 39. Colquitt County GA Muni. Bond | A | Dividend | J | T | | | | | |
| 40. State Auto Fin'l Corp. | A | Dividend | | | Sold | 01/15/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SEC. I. POSITIONS. I OWN AN APARTMENT IN THE CONDOMINIUM AND RESIDE IN THE SAME. I RECEIVE NO COMPENSATION AND MY DUTIES ARE CONFINED TO NON-PROFIT OPERATION AND MAINTENANCE OF THIS RESIDENCIAL FACILITY. SEE ADVISORY OPINION 29 & CANON 5.

SEC. IV. REIMBURSEMENTS & GIFTS. I HAVE ONLY RECEIVED OFFICIAL COURT-RELATED REIMBURSEMENTS ON AUTHORIZED EXPENDITURES REGARDING OFFICIAL TRAVEL ON BEHALF OF THE U.S. COURTS.

SEC. VII. INVESTMENTS & TRUSTS. THE IRAs OWNED BY                     ARE CASH-EQUIVALENT ACCOUNTS MAINTAINED AT A FINANCIAL INSTITUTION. THEY ARE COMPOSED OF GINNIE MAE BONDS AND OTHER SECURITIES WHICH ARE NOT DIRECTED OR MANAGED BY EITHER OF US. WE HAVE NO ABILITY TO SELECT THE ASSETS WITHIN THE ACCOUNTS AND, IN FACT, WE ARE NOT NOTIFIED OF THEIR CONTENTS.              ALSO HAS A RETIREMENT ACCOUNT THAT CONSISTS OF SECURITIES TRADED WITHOUT CONSENT. DISCRETION LIES IN THE HANDS OF THE BROKER, AND WE ARE AWARE OF PURCHASES AND SALES ON A DELAYED BASIS, WITH NO CONTROL OVER THEIR TIMING.

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A. | 05/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOSE A. FUSTE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544